No. 11–9049.  OTERO v. RHODE ISLAND.  C. A. 1st Cir.  Certiorari denied.

No. 11–9069.  FORD v. TRANI, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 11–9071.  HENDERSON v. PFISTER, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 11–9073.  ROEBUCK v. MEDINA, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 11–9076.  OLIVER v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 11–9079.  BROWN v. WENEROWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–9082.  CURRY v. BLUE CROSS BLUE SHIELD OF SOUTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 11–9084.  MARQUARDT v. VAN RYBROEK.  Sup. Ct. Wis.  Certiorari denied.

No. 11–9093.  WRIGHT v. BONDI, ATTORNEY GENERAL OF FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–9110.  ASBERRY v. SCRIBNER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–9117.  JORDAN v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 11–9118.  JONES v. CONLEY.  C. A. 8th Cir.  Certiorari denied.

No. 11–9122.  HACKLEY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–9127.  DUGAN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.